# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

FILED →
SEP 2 3 2021
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By _____

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
812 Northern Shores Point Greensboro, North )    Case No. 21MJ323-1
Carolina, 27455 and the Person of David W. )
Schamens, Date of Birth July 16, 1957 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Middle    District of    North Carolina
*(identify the person or describe the property to be searched and give its location)*:

See Attachments A-1 and A-2.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    September 10, 2021    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Judge Joe L. Webster .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    08/27/2021 8:48 am      *Joe L. Webster* (signature)
                                                                   *Judge's signature*

City and state:    Durham, North Carolina      Joe L. Webster, United States Magistrate Judge
                                                                   *Printed name and title*

Certified to be a true and correct copy of the original.
John S. Brubaker, Clerk
U.S. District Court
Middle District of North Carolina
By: _____ Deputy Clerk
Date: August 27, 2021

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>21MJ323-1 | Date and time warrant executed:<br>8/31/2021 0600 | Copy of warrant and inventory left with:<br>David Schamens |
| Inventory made in the presence of:<br>S/A Thomas Ackaway and discovering agents | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br>The following items were seized by S/A Thomas Ackaway<br>1) 30 boxes and 8 bags of miscellaneous documents<br>2) 6 laptops<br>3) 5 Central Processing Units (CPU)<br>4) 47 Hard drives<br>5) 4 Sandsc Solid State Drive (SSD)<br>6) 3 memory cards<br>7) 3 Thumb Drives<br>8) 3 Power Cords<br>9) 3 Compact Flash Memory Cards<br>10) 1 M2 SSD Adapter<br>11) 1 iphone | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/3/21

*Executing officer's signature*

James Gallo   Special Agent
*Printed name and title*